**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00984-REB-BNB

ARTHUR DARAVANIS,

    Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before the court on the **Stipulation To Dismiss With Prejudice** [#30][1] filed December 13, 2012.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation To Dismiss With Prejudice** [#30] filed December 13, 2012, is **APPROVED**;

    2.  That the Final Pretrial Conference and Trial Preparation Conference set for April 19, 2013, are **VACATED**;

    3.  That the jury trial set to commence May 13, 2013, is **VACATED**; and

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 13, 2012, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge